**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

KEVIN BANKS,

      Petitioner,

    v.

J. BEAN, *et al.*,

      Respondents.

Case No. 2:25-cv-01327-RFB-DJA

**DISMISSAL ORDER**

Petitioner Kevin Banks filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1-1) and a motion for appointment of counsel (ECF No. 2). On October 19, 2025, the Court deferred ruling on the motion and issued an order to show cause, instructing Banks to show cause why his petition should not be dismissed as time barred. See ECF No. 4. The Court's Order was returned with a notation from the High Desert State Prison Law Library that Banks refused receipt of the Order. See ECF No. 5. Given that (1) Banks has shown a disinterest in prosecuting this case, (2) this case cannot proceed without Banks's response to the Order to Show Cause, and (3) Banks cannot respond to the Order to Show Cause if he has refused to receive it, the Court dismisses this matter without prejudice.

Therefore, **IT IS HEREBY ORDERED** the Petition for Writ of Habeas Corpus (ECF No. 1-1) is **DISMISSED** without prejudice. Banks is denied a certificate of appealability, as jurists of reason would not that find dismissal of the Petition for the reasons stated herein is debatable or wrong.

**IT IS FURTHER ORDERED** the Motion for Appointment of Counsel (ECF No. 2) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** the Clerk of Court is kindly instructed to (1) file the

Petition (ECF No. 1-1), (2) add Nevada Attorney General Aaron D. Ford as counsel for Respondents,[1] (3) informally serve the Nevada Attorney General with the Petition (ECF No. 1-1), this Order, and all other filings in this matter by sending a notice of electronic filing to the Nevada Attorney General's office, (4) enter final judgment, and (5) close this case.

**IT IS FURTHER ORDERED** that Banks has leave from the Court to file a motion for reconsideration to reopen this case based upon the assertion of legitimate or equitable reasons.

**DATED:** February 23, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

---

[1]No response is required from Respondents other than to respond to any orders of a reviewing court.

- 2 -