**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

KEVIN BANKS,

        Petitioner,

    v.

J. BEAN,

        Respondents.

Case No. 2:25-cv-01327-RFB-DJA

**ORDER**

On July 21, 2025, Petitioner Kevin Banks filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition"). See ECF No. 1-1. On October 19, 2025, the Court issued an Order to Show Cause, instructing Banks to show cause why his Petition should not be dismissed as time barred. See ECF No. 4. On February 23, 2026, the Court dismissed the Petition without prejudice because Banks did not respond to its Order to Show Cause, and the Clerk of Court entered judgment against Banks. See ECF Nos. 6, 8. Banks has now submitted a letter, asking what "action[s] or orders [have] been made in [his] case." ECF No. 9. This letter suggests that Banks did not receive this Court's prior orders.

Based on the foregoing, the Clerk of Court is kindly **INSTRUCTED** to **RESEND** ECF Nos. 4 and 6 to Banks. The Court will entertain a motion for post-judgment relief insofar as it is filed within a reasonable period of time. See FED. R. CIV. P. 60(c)(1).

**DATED:** March 19, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**