# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN BANKS,<br><br>        Petitioner,<br><br>    v.<br><br>J. BEAN, *et al.*,<br><br>        Respondents. | Case No. 2:25-cv-01327-RFB-DJA<br><br>**ORDER GRANTING MOTION FOR RECONSIDERATION** |

Petitioner Kevin Banks filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition"). See generally ECF No. 7. On October 19, 2025, the Court issued an Order to Show Cause, instructing Banks to explain why his petition should not be dismissed as time barred. See generally ECF No. 4. The Court's Order to Show Cause was returned with a notation from the High Desert State Prison Law Library, which indicates that Mr. Banks refused receipt of the Order. See generally ECF No. 5. Based on Mr. Banks's failure to respond, the Court dismissed this matter without prejudice on February 23, 2026. See generally ECF No. 6. Banks has now moved for reconsideration, explaining that he never refused service of the Court's Order to Show Cause. See generally ECF No. 11. According to Mr. Banks, he was in the shower when the law librarian came looking for him. See id.

Under Federal Rule of Civil Procedure 60(b), the Court may relieve a party from a final judgment, and a related order, if the Court finds "mistake, inadvertence, surprise, or excusable neglect." FED. R. CIV. P. 60(b)(1). The Court may also provide post-judgment relief for "any other reason that justifies relief." Id. at 60(b)(6). Since Mr. Banks never received the Court's Order to Show Cause, the Court finds that post-judgment relief is appropriate under either provision of Rule 60(b).

Therefore, **IT IS HEREBY ORDERED** the Motion for Reconsideration (ECF No. 11) is **GRANTED**. The Clerk of Court is kindly instructed to: (1.) **VACATE** the Dismissal Order and the related judgment (ECF Nos. 6, 8); (2.) **REOPEN** this case; and (3.) **SEND** Banks another copy of the Court's Order to Show Cause (ECF No. 4).

**IT IS FURTHER ORDERED** that Banks has up to and including **June 5, 2026**, unless more time is requested and approved, to respond to the Court's Order to Show Cause (ECF No. 4).

**DATED:** May 1, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**